# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:14-cr-00275

FREEDOM INDUSTRIES, INC.,

        Defendant.

## ORDER

For reasons appearing to the Court, the sentencing hearing previously scheduled in this matter for June 29, 2015, is **CONTINUED** to **December 10, 2015, at 2:00 p.m**.  The dates regarding the presentence report are amended as follows:

1. The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **October 29, 2015**;

2. The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **November 12, 2015**;

3. The Probation Office shall submit a final presentence report to the Court no later than **November 30, 2015**; and

4. The United States Attorney and counsel for the Defendant may file a sentencing memorandum no later than **December 3, 2015**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: May 18, 2015

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE