IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:14-00275

FREEDOM INDUSTRIES, INC.

UNITED STATES MOTION FOR LEAVE TO FILE
<u>EXTENDED SENTENCING MEMORANDUM</u>

    Comes now the United States of America by Philip H. Wright, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court for leave to file a sentencing memorandum greater than the five pages allowed by the Court in its order dated March 24, 2015.  The United States intends to more fully explain certain aspects of the case.  The United States therefore requests leave of Court to file a sentencing memorandum of no greater than ten pages, with some exhibits.

    Defense counsel for Freedom has authorized the government to state that Freedom has no objections to this motion.

                                  Respectfully submitted,

                                  CAROL A. CASTO
                                Acting United States Attorney

            By:

                    <u>s/Philip H. Wright</u>
                    PHILIP H. WRIGHT, AUSA
                    WV State Bar No. 7106
                    300 Virginia Street East, Room 4000
                    Charleston, WV  25301
                    Telephone:  304-345-2200
                    Fax:  304-347-5104
                    Email:  <u>philip.wright@usdoj.gov</u>

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "United States Motion for Leave to File Extended Sentencing Memorandum" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this 27th day of January, 2016, to:

        Robert R. Leight, Esq.
        Pietragallo Gordon Alfano
        Bosick & Raspanti, LLP
        One Oxford Centre, 38th Floor
        Pittsburgh, PA  15219
        Telephone:  412-263-4394
        Fax:  412-263-4222
        Email:  RRL@Pietragallo.com

        s/Philip H. Wright
        PHILIP H. WRIGHT
        Assistant United States Attorney
        WV State Bar No. 7106
        300 Virginia Street East
        Room 4000
        Charleston, WV  25301
        Telephone:  304-345-2200
        Fax:  304-347-5104
        Email: philip.wright@usdoj.gov