IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:14-cr-00275

FREEDOM INDUSTRIES, INC.,

        Defendant.

### ORDER

Pending before the Court is the United States' Motion for Leave to File Extended Sentencing Memorandum. (ECF No. 20.) The United States represents that Defendant Freedom Industries does not object to the motion. For good cause shown, that motion is **GRANTED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:        January 28, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE