## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:14-cr-00275

FREEDOM INDUSTRIES, INC.,

        Defendant.


### ORDER


On January 28, 2016, the Charleston Gazette-Mail submitted the attached letter to the Court outlining concerns with the Court sealing documents in these cases.  The Court **DIRECTS** the Clerk to place the letter on the docket in this case.  Further, the Court **DIRECTS** the parties to file a memorandum outlining the need to seal documents in any of these cases, and any position regarding the attached letter, no later than close of business **January 29, 2016.**

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                      ENTER:        January 28, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE