# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/4/2016                                                Case Number 2:14-cr-00275
Case Style: USA vs.   Freedom Industries, Inc.
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                   Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Eric Bacaj,Philip Wright


Attorney(s) for the Defendant(s) Robert Leight


Law Clerk Charlie Merritt                                     Probation Officer Jeff Gwinn

Trial Time


Non-Trial Time


Court Time

2:01      to 2:26
Total Court Time: 0 Hours 25 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:01 p.m.

Mr. Johns present in person and by counsel on behalf of the Freedom Industries for sentencing as to Counts 1, 2, and 3.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Probation Range:  1-5 years
    Fine Range:  $7,500 - $900,000
    Assessment:  $650 PAID
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Probation: 5 years
    Fine: $900,000
    Assessment:  $650 PAID
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 2:26 p.m.